UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BRIGHT and KIM TINDALL,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOBART WEST GROUP, INC., ESQUIRE DEPOSITION SERVICES, LLC, ALEXANDER GALLO HOLDINGS, LLC, ANTHONY VAGLICA, and DOES 1 through 10,<br><br>Defendants. | Case No. CV 09 1374 MEJ<br><br>**ORDER GRANTING DEFENDANT ANTHONY VAGLICA 10-DAY CONTINUANCE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:    Hon. Maria-Elena James |

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1010178v1

ORDER
CV 09 1374 MEJ

1  In accordance with Civil L.R. 6-1(a), and based on the Stipulation submitted to this Court
2  April 7, 2009, between Plaintiffs KAREN BRIGHT and KIM TINDALL, and Defendant
3  ANTHONY VAGLICA,

4  **IT IS HEREBY ORDERED** that Defendant ANTHONY VAGLICA shall have an
5  **additional ten (10) days through and including April 17, 2009** within which to Answer or
6  otherwise respond to the Complaint filed in San Francisco County Superior Court on February 20,
7  2009, and removed to the United States District Court, for the Northern District of California on
8  March 27, 2009.

9  **IT IS SO ORDERED.**

10 Dated: April 8, 2009

By: _____
Hon. Maria-Elena James
JUDGE OF THE UNITED STATES
DISTRICT COURT, NORTHERN
DISTRICT

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1010178v1

ORDER
CV 09 1374 MEJ