| | |
|---|---|
| DAVID R. ONGARO (SBN 154698) <br> dongaro@ongaroburtt.com <br> DAVID R. BURTT (SBN 201220) <br> dburtt@ongaroburtt.com <br> ONGARO BURTT LLP <br> 595 Market Street, Suite 610 <br> San Francisco, CA  94105 <br> Telephone:  (415) 433-3900 <br> Facsimile:  (415) 433-3950 <br><br> Attorneys for Plaintiffs <br> KAREN BRIGHT and KIM TINDALL <br><br> STEPHEN J. HIRSCHFELD (SBN 118068) <br> shirschfeld@chklawyers.com <br> DENA L. NARBAITZ (SBN 176556) <br> dnarbaitz@chklawyers.com <br> AMY A. DURGAN (SBN 245325) <br> adurgan@chklawyers.com <br> CURIALE HIRSCHFELD KRAEMER LLP <br> 727 Sansome Street <br> San Francisco, CA  94111 <br> Telephone:  (415) 835-9000 <br> Facsimile:  (415) 834-0443 <br><br> Attorneys for Defendants <br> THE HOBART WEST GROUP, INC., ESQUIRE DEPOSITION SERVICES, LLC and ALEXANDER GALLO HOLDINGS, LLC | DAVID E. CONSTINE III <br> david.constine@troutmansanders.com <br> TROUTMAN SANDERS LLP <br> 1001 Haxall Point <br> Richmond, VA  23219 <br> Telephone:  (804) 697-1258 <br> Facsimile:  (804) 698-5131 <br><br> KEVIN KIEFFER (SBN 192193) <br> kevin.kieffer@troutmansanders.com <br> TROUTMAN SANDERS LLP <br> 5 Park Plaza, Suite 1400 <br> Irvine, CA  92614 <br> Telephone:  (949) 622-2708 <br> Facsimile:  (949) 622-2739 <br><br> Attorneys for Defendant <br> ANTHONY VAGLICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN BRIGHT, a California citizen, and KIM TINDALL, a Texas citizen, <br><br>  Plaintiffs, <br><br> vs. <br><br> THE HOBART WEST GROUP, INC., a Delaware corporation, ESQUIRE DEPOSITION SERVICES, LLC, a subsidiary of THE HOBART WEST GROUP, INC., ALEXANDER GALLO HOLDINGS, LLC, a Delaware corporation, ANTHONY VAGLICA, a Maryland citizen, and DOES 1-10, <br><br>  Defendants. | Case No.  CV 09 1374 PJH <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

STIPULATION TO CONTINUE DEADLINE TO COMPLETE MEDIATION
CASE NO. CV 09 1374 MEJ

4849-7554-4581

1     **IT IS HEREBY STIPULATED** by and between Plaintiffs Karen Bright and Kim Tindall
2  ("Plaintiffs") and Defendants The Hobart West Group, Inc., Esquire Deposition Services, LLC,
3  Alexander Gallo Holdings, LLC, Anthony Vaglica ("Defendants") (collectively, the "Parties")
4  that the deadline for the Parties to complete mediation shall be extended from January 29, 2010 to
5  no later than February 28, 2010.  As set forth below, this brief extension is needed due to
6  confusion about whether or not John Beers was removed as the appointed mediator on this case
7  and the Parties' inability to complete the mediation originally set with Mr. Beers for January 27,
8  2010.

9     The Parties enter into this stipulation and seek this Order for the following reasons and
10 based on the following facts:

11     1.     On August 25, 2009, the Case Management and Pretrial Order was filed.  The
12 Order provided that the Parties' mediation should be completed by January 29, 2010.

13     2.     On October 14, 2009, the Parties participated in a conference call with John Beers,
14 mediator appointed by the Court.  On that date, the Parties and the mediator set a mediation date
15 for January 27, 2010.

16     3.     On January 7, 2010, counsel for Defendant Alexander Gallo Holdings, Inc., The
17 Hobart West Group, Inc., and Esquire Deposition Services, LLC was informed that Mr. Beers had
18 been removed as the mediator on this case due to the fact that he was scheduled to have a trial on
19 another matter and therefore could not serve as the mediator.

20     4.     Since January 7, 2010, Mr. Beers' trial has been continued and he can serve as the
21 mediator in this case.  However, due to a conflict on his calendar, he cannot mediate the case on
22 January 27, 2019, and conflicts on the calendars of the various attorneys and parties in this case
23 will prevent the mediation from taking place prior to the January 29, 2010 deadline set by the
24 Court.

25     5.     During a conference call on January 19, 2010, the Parties rescheduled the
26 mediation with Mr. Beers for February 16, 2010 at 9:30 a.m.

27     **6.     ACCORDINGLY**, the Parties, through their respective counsel, hereby stipulate
28 to extend the deadline to complete mediation in this matter no later than February 28, 2010.

CURIALE HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 20, 2010 | RAO ONGARO BURTT & TILIAKOS LLP |

By: _____/S/_____
David R. Burtt, Esq.

Attorneys for Plaintiffs Karen Bright and Kim Tindall

Dated: January 20, 2010          CURIALE HIRSCHFELD KRAEMER LLP

By: _____/S/_____
Stephen J. Hirschfeld
Dena L. Narbaitz
Amy A. Durgan

Attorneys for Defendants
THE HOBART WEST GROUP, INC.,
ESQUIRE DEPOSITION SERVICES, LLC
and ALEXANDER GALLO HOLDINGS, LLC

Dated: January 20, 2010          TROUTMAN SANDERS LLP

By: _____/S/_____
David E. Constine III

Attorneys for Defendant
ANTHONY VAGLICA

IT IS SO ORDERED:

Dated: 1/26/10

Hon. _____
United States _____

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*

3
STIPULATION TO CONTINUE DEADLINE TO COMPLETE MEDIATION
CASE NO. CV 09 1374 MEJ