UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN BRIGHT, et al.,

    Plaintiff(s),

    v.

HOBART WEST GROUP, INC., et al.,

    Defendant(s).
_____/

No. C 09-1374 PJH

**ORDER RE STIPULATION**

The court has received the parties' stipulation to continue dates set in the case management order to file and hear dispositive motions. The parties seek a continuance of almost 60 days. The court declines to approve the stipulation because, as the parties were advised in the pretrial order, dispositive motions are heard no later than 120 days before trial. The proposed schedule would result in the motions being heard about 80 days before trial and about 55 days before the pretrial conference. Given that pretrial papers must be filed 30 days before trial, there would be 25 days for the court to issue an order on the motions before this filing deadline. It is the court's experience that parties generally prefer to prepare their pretrial papers after the court has ruled on dispositive motions. Given the court's heavy trial schedule for the relevant time period, the proposed schedule is unworkable.

However, in light of the followup mediation scheduled for March 30, 2010, the court will extend the filing deadline from March 24, 2010 to April 14, 2010.

**IT IS SO ORDERED.**

Dated: February 22, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge