United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN BRIGHT, et al.,

    Plaintiff(s),

    v.

HOBART WEST GROUP, INC., et al.,

    Defendant(s).

_____/

No. C 09-1374 PJH

**ORDER RE MOTION FOR ADMINISTRATIVE RELIEF**

The original dates for filing and hearing of dispositive motions were March 24, 2010 and April 28, 2010, respectively.  The court was available for the April 28 hearing date.  When the parties requested an enlargement of time for filing motions, the court granted a continuance of two weeks and set an April 14, 2010 filing deadline without considering that the resulting hearing date would be May 19, 2010, a date on which the court will not be available.  In fact there will be no civil law and motion calendar on either May 19 or May 26.  Nor is June 1, a Tuesday available as the court will be in trial.  Instead matters that would normally be heard on May 19 will be specially set to be heard on Tuesday May 18, 2010, at 9:00 a.m.

Accordingly, any dispositive motions filed in this case will be heard on May 18, 2010, at 9:00 a.m.  If all parties cannot appear on that date, the motions will be deemed submitted on May 18, 2010 and will be decided without argument.  Moving papers shall be filed by April 14, 2010, oppositions by April 28, 2010, and replies by May 5, 2010.

**IT IS SO ORDERED.**

Dated: April 9, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge