DENA L. NARBAITZ
Direct Dial: (415) 835-9038
dnarbaitz@chklawyers.com

May 14, 2010

Judge Phyllis J. Hamilton
United States District Court
3rd Floor Courtroom3
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

      Re:   *Bright & Tindall v. The Hobart West Group, et al.*
            U.S.D.C, Northern District of California Case No. 4:09-CV-01374-PJH

Dear Judge Hamilton:

    This confirms my telephone conversation with your clerk, Nicole Heuerman, this morning. The parties have reached a settlement in this matter. We expect to have an agreement signed and dismissals filed in the next two to three weeks, so by June 4, 2010. In the meantime, please vacate the hearing on Defendants' Motions for Summary Judgment, which is currently scheduled for May 18, 2010 at 9:00 a.m., but do not dismiss the motions at this time. We do not expect there to be a problem with the parties finalizing an agreement, but Defendants do not want to withdraw the motions entirely until the dismissals have been filed.

    The parties thank you for your assistance in this case.

                                  Very truly yours,

                                  /s/
                                Dena L. Narbaitz

DLN/ap

cc:   David Burtt, Esq.
       David Constine, Esq.

5/17/10



IT IS SO ORDERED
Judge Phyllis J. Hamilton

4831-6843-5462

Judge Phyllis J. Hamilton
May 14, 2010
Page 2


bcc:   Mike Jarvis
       Domenick C. DiCicco
       Kimberly McCann