DAVID R. ONGARO (SBN 154698)
dongaro@ongaroburtt.com
DAVID R. BURTT (SBN 201220)
dburtt@ongaroburtt.com
ONGARO BURTT LLP
595 Market Street, Suite 610
San Francisco, CA 94105
Telephone: (415) 433-3900
Facsimile: (415) 433-3950

Attorneys for Plaintiffs
KAREN BRIGHT and KIM TINDALL

STEPHEN J. HIRSCHFELD (SBN 118068)
shirschfeld@chklawyers.com
DENA L. NARBAITZ (SBN 176556)
dnarbaitz@chklawyers.com
MANI SHEIK (SBN 245487)
msheik@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendants
THE HOBART WEST GROUP, INC., ESQUIRE
DEPOSITION SERVICES, LLC and
ALEXANDER GALLO HOLDINGS, LLC

DAVID E. CONSTINE III
david.constine@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1258
Facsimile: (804) 698-5131

KEVIN KIEFFER (SBN 192193)
kevin.kieffer@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2708
Facsimile: (949) 622-2739

Attorneys for Defendant
ANTHONY VAGLICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN BRIGHT, a California citizen, and KIM TINDALL, a Texas citizen,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE HOBART WEST GROUP, INC., a Delaware corporation, ESQUIRE DEPOSITION SERVICES, LLC, a subsidiary of THE HOBART WEST GROUP, INC., ALEXANDER GALLO HOLDINGS, LLC, a Delaware corporation, ANTHONY VAGLICA, a Maryland citizen, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV 09 1374 PJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS all parties to this action stipulate and agree to dismiss the action with prejudice;

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1);

IT IS FURTHER STIPULATED by and between the parties that, except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs of suit.

Dated: June 21, 2010

ONGARO BURTT LLP

By: /S/
David R. Burtt, Esq.

Attorneys for Plaintiffs Karen Bright and Kim Tindall

Dated: June 21, 2010

CURIALE HIRSCHFELD KRAEMER LLP

By: /S/
Stephen J. Hirschfeld
Dena L. Narbaitz
Mani Sheik

Attorneys for Defendants
THE HOBART WEST GROUP, INC.,
ESQUIRE DEPOSITION SERVICES, LLC
and ALEXANDER GALLO HOLDINGS, LLC

Dated: June 21, 2010

TROUTMAN SANDERS LLP

By: /S/
David E. Constine III

Attorneys for Defendant
ANTHONY VAGLICA

6/22/10

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

2

STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. CV 09 1374 PJH